IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM R. JAMISON                                                                    PLAINTIFF

VS.                                          CASE NO. 13-CV-4111

RUAN TRANSPORTATION
MANAGEMENT SYSTEMS, INC.
a/k/a RUAN LOGISTICS CORP.; RUAN
TRANSPORT CORP.; and RUAN, INC.                                                   DEFENDANTS

## ORDER

    Before the Court is Plaintiff's Motion for Non-Suit. ECF No. 16. Plaintiff moves the Court to dismiss this cause of action. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED, this 10th day of June, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge